UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| REGINA C. FLOYD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>JO ANNE B. BARNHART, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | No. 1:05-CV-239<br><br>MAGISTRATE JUDGE LEE |

## JUDGMENT ON DECISION BY THE COURT

This case came before the Court on the Plaintiff's motion for summary judgment [Doc. No. 11] and Defendant's motion for summary judgment [Doc. No. 16]. The Court having rendered a decision on the aforementioned summary judgment motions, it is **ORDERED and ADJUDGED**:

(1) Defendant's motion for summary judgment [Doc. No. 16] is **GRANTED**;

(2) Plaintiff's motion for summary judgment [Doc. No. 11] is **DENIED**;

(3) The Commissioner's decision which denied benefits to the Plaintiff is **AFFIRMED**; and,

(4) This action is **DISMISSED**.

                                                    */s/ Patricia L. McNutt*
                                                    PATRICIA L. McNUTT
                                                    CLERK OF COURT